# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY (NEWARK)

| | |
|---|---|
| Stephen Giercyk, Ajay Das and James and Emma Imes on behalf of themselves and all other similarly situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>National Union fire Insurance Company of Pittsburgh, PA, d/b/a National Union Fire Insurance Company, a division of American International Group, Inc. (AIG), Healthextras, Inc., Healthextras Benefits Administrators, Inc., Catamaran Health Solutions, LLC f/k/a Catalyst Health Solutions, Inc., Healthextras Insurance Agency, Inc., American International Group, Inc., d/b/a Group Insurance Trust, for the account of Healthextras, Alliant Insurance Services, Inc., f/k/a Driver Alliant Insurance Services, Inc.,  Alliant Services Houston, Inc., f/k/a JLT Services Corporation, and Alliant Insurance, Services Houston, LLC, f/k/a Capital Risk, LLC and f/k/a Jardine Lloyd Thompson, LLC,  and Virginia Surety Company, Inc.<br><br>                              Defendants. | Civil Action No: 2:13-cv-6272-FSH-MAH<br><br>CLASS ACTION |

**PLEASE TAKE NOTICE** that on April 20, 2017, at 2:00 p.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for the Plaintiffs, will move before the Honorable Madeline C. Arleo, U.S.D.J., at the United States District Court, Martin Luther King Federal Bldg. & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order granting their Unopposed Motion for Final Approval of Class Action Settlement.

-2-

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs will rely upon the Memorandum submitted herewith.

Date: <u>April 5, 2017</u>

Respectfully submitted,

 /s/ *Kenneth J. Grunfeld*
Richard M. Golomb
Kenneth J. Grunfeld
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Phone: (215) 985-9177
Fax:    (215) 985-4169
rgolomb@golombhonik.com
kgrunfeld@golombhonik.com

Aaron C. Hemmings,
(*pro hac vice*)
Hemmings & Stevens, P.L.L.C.
5540 Mcneely Drive, Suite 202
PO Box 90698
Raleigh, NC 27675
Phone:  (919) 277-0161
Fax:     (919) 277-0162
ahemmings@hemmingsandstevens.com

Joseph "Jay" H. Aughtman
(*pro hac vice*)
Aughtman Law Firm, LLC
1772 Platt Place
Montgomery, AL 36117
Phone:  (334) 215-9873
Fax:     (334) 213-5663
jay@aughtmanlaw.com
*Attorneys for Plaintiff and the Class*

-3-

## CERTIFICATE OF SERVICE

I, KENNETH GRUNFELD, ESQUIRE, certify that on this date, the foregoing Plaintiffs' Unopposed Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement was filed and served via the Court's CM/ECF Filing System.

                                            /s/ *Kenneth Grunfeld*
                                KENNETH GRUNFELD, ESQUIRE

Date:  April 5, 2017