UNITED STATED DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE:** NEWARK  **DATE:** April 27, 2017
**JUDGE** MADELINE COX ARLEO
**COURT REPORTER:** CHUCK MCGUIRE

**TITLE OF CASE:**  **DOCKET # 13-cv-6272(MCA)**
STEPHEN GIERCYK, et al
        vs.
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA et al

**APPEARANCES:**
Kenneth J. Grunfield, Esq., Aaron Hemmings, Esq., and Jay Aughtman, Esq. for Plaintiff.
Grant W. McGuire, Esq., and Sidley Austin for Defendant National Union/AIG.
Patrick Murphy, Esq. for Defendant Catamaran Health Solutions, LLC.
Andrew I. Herman, Esq., and Charles Raynal, Esq. for Defendant Alliant Insurance Services and related Defendants.
Neal Mareter, Esq., and Stephanie Gal, Esq., for Defendant Virginia Surety Company, Inc.

**Nature of Proceedings**: Final Approval Hearing

ORDERED:
Motions granted for Settlement.
Class Certified and Settlement Approved.

**Time Commenced:  2:15pm**
**Time Adjourned:   2:45pm**

                                                                Christine Melillo,
                                                                 DEPUTY CLERK